UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>DAVID SUAREZ-OLIVERA,<br><br>               Defendant. | CR-25-123-GF-BMM<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

      Defendant David Suarez-Olivera (Suarez-Olivera) has appeared before me by consent under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of illegal reentry, in violation of 8 U.S.C. § 1326(a), as charged in the Indictment.

      After examining the Suarez-Olivera under oath, I make the following determinations:

      1. Suarez-Olivera is fully competent and capable of entering an informed and voluntary plea;

      2. Suarez-Olivera is aware of the nature of the charge against him and consequences of pleading guilty to the charge;

3. Suarez-Olivera fully understands his constitutional rights and the extent to which he is waiving those rights by pleading guilty; and

4. Suarez-Olivera's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact sufficient to prove each of the essential elements of the count charged.

The Court further concludes Suarez-Olivera had adequate time to review his case and the charge with his counsel and understood the charge against him. Therefore, I recommend that the Suarez-Olivera be adjudged guilty of the charge of illegal reentry, in violation of 8 U.S.C. § 1326(a) as charged in the Information and that sentence be imposed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has the expedited presentence report**.

DATED this 25th day of November 2025.

_____
John Johnston
United States Magistrate Judge